FILED
JAN 05 2021

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| MEGAN MARIA AGARD, CHICO BAKER, ROBERT DESERSA, KARA JANE LOGG, DEBORAH LOOKING BACK, PRAIRIE ROSE WHITE BUFFALO, PHILLIP LOUIS YOUNG HAWK, <br><br> Plaintiffs, <br><br> vs. <br><br> WALWORTH COUNTY, SOUTH DAKOTA, JAMES HOUCK, WALWORTH COUNTY COMMISSIONER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; KEVIN HOLGARD, WALWORTH COUNTY COMMISSIONER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; SCOTT SCHILLING, WALWORTH COUNTY COMMISSIONER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; MARION SCHLOMER, WALWORTH COUNTY COMMISSIONER, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES; AND DAVIS MARTIN, WALWORTH COUNTY COMMISSIONER, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; <br><br> Defendants. | 1:20-CV-01018-CBK <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the Stipulation of parties under Federal Rule of Civil Procedure 41(a)(2), it is ORDERED this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with attorneys' fees and costs to be paid pursuant to the parties' written Settlement Agreement.

DATED this 4th day of January, 2021.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge